Certificate Number: 14912-PAM-DE-039823764

Bankruptcy Case Number: 25-01573


14912-PAM-DE-039823764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2025, at 9:03 o'clock AM EDT, Amahl Pitts completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 1, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor