United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 25-01573-HWV

Amahl Pitts                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

**Recip ID**          **Recipient Name and Address**
db                  Amahl Pitts, 6215 Blue Bird Ave, Harrisburg, PA 17112-2312

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Charles E. Petrie
                on behalf of Debtor 1 Amahl Pitts petriebkcy@aol.com

Kara Katherine Gendron
                karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Matthew K. Fissel
                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amahl Pitts,                                          Chapter        7

      **Debtor 1**

                                        Case No.        1:25−bk−01573−HWV

Social Security No.:

                      xxx−xx−8888

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  September 18, 2025

**fnldecac** (05/18)